Plaintiffs Notice of Lis Pendens_9151

Case No: CIV10-508

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**
Michael B & Sharon J Sparlin
9151 E Showcase Lane
Tucson, AZ 85749

FILED / RECEIVED / LODGED / COPY
AUG 20 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Name: **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN H/W**
Address: 9151 E Showcase Lane
City, State, Zip: Tucson, AZ 85749
Daytime Phone: 520-760-0200
*Representing Self, Without a Lawyer*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN** H/W and Plaintiffs<br><br>v<br><br>**CHASE HOME FINANCE LLC** Defendants | CASE NO: **CIV10-508**<br><br>**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**<br><br>(Judge Zapata) |

Notice is given that the above entitled action was filed in the above entitled court on August 18, 2010 by Plaintiffs Michael Benson Sparlin and Sharon Jeanette Sparlin against Defendant Chase Home Finance LLC. The action affects the right, title and interest to real property located at 9151 E Showcase Lane, County of Pima, State of Arizona, whose legal description is as follows:

> "Lot 1, of LA VENTANA DE LAS CATALINAS, per map recorded in Book 30, Page 65 of Maps and Plats, in the office of the Pima County Recorder, Pima County, Arizona."

Plaintiffs Notice of Lis Pendens_9151 | Case No: CIV10-508

The Deed of Trust was electronically recorded in Pima County, State of Arizona by Mortgage Electronic Registration Systems (MERS) on February 09, 2009, instrument 20090260674, Book 13491, Page 3366.

Date: 8/20/10    _Michael Benson Sparlin_
                 MICHAEL BENSON SPARLIN

Date: 8/20/10    _Sharon Sparlin_
                 SHARON JEANETTE SPARLIN

## ACKNOWLEDGMENT

Subscribed and sworn to be before me this 20th day of August, 2010, a notary public, **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN**, known to be the persons whose names are subscribed to this instrument, and acknowledge that they executed the same for the purposes contained therein.

In witness hereof, I hereunto set my hand and official seal.


OFFICIAL SEAL
BARBARA K. DORR
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires Sept. 17, 2013

_Barbara K Dorr_
Notary Public

My Commission Expires: 9/17/13

Plaintiffs Notice of Lis Pendens_9151 | Case No: CIV10-508

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this __20th___ day of August, 2010 to the following:

Hon Frank R Zapata
United States Distrcit Court
Evo A DeConcini US Courthouse
405 W Congress St, Ste 5160
Tucson, AZ  85701-5050

Chase Home Finance LLC
P.O. Box 78420
Phoenix, AZ 85062

*[signature]*
**SHARON JEANETTE SPARLIN**

Plaintiffs Notice of Lis Pendens_9151