E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

IN THE UNITED STATES DISTRICT COURT
PIMA
STATE OF ARIZONA

**MICHAEL & SHARON SPARLIN**
         VS
**CHASE HOME FINANCE**

```
          FILED ____ LODGED
          RECEIVED ____ COPY

    4        SEP 3 2010        4

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
    BY_____DEPUTY
```

CASE NO. CIV10-508 TUC FRZ

STATE OF ARIZONA                    )         AFFIDAVIT OF SERVICE
PINAL COUNTY                        )

THE AFFIANT, being sworn, states: That I am a private process server registered in PINAL COUNTY and an Officer of the Court. On 08/20/10 I received the SUMMONS IN A CIVIL ACTION; PETITION FOR TEMPORARY INJUNCTION; ORIGINAL PETITION

from MICHAEL & SHARON SPARLIN and by in each instance I personally served a copy of each document listed above upon:
CHASE HOME FINANCE, BY SERVICE UPON ITS STATUTORY AGENT C.T. CORPORATION SYSTEM on 08/23/10 at 8:30 am at 2394 E. CAMELBACK RD. PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with GAIL FLOCK, PROCESS SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 60 yrs. of age, 5' 4" tall, Weighing 250lbs., BROWN Eyes, GREY Hair,

CHAD BARBER, ACPS                          Affiant
Sworn to before me the    Sep 2, 2010

Andrea G. Wooten                           Notary

My Commission expires: 08/28/2013

| | |
|---|---|
| SERVICE OF PROCESS | $ 16.00 |
| SERVICE CHARGE | $ 6.50 |
| AFFIDAVIT PREP/NOTARY | $ 10.00 |
| TOTAL | $ 32.50 |

AX021968910
1968910 19982
ORIGINAL

OFFICIAL SEAL
ANDREA G. WOOTEN
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 28, 2013