Douglas C. Erickson, 012130
derickson@mmcec.com
Jennifer A. Sparks, No. 017502
jsparks@mmcec.com
**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Chase Home Finance LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael B. & Sharon J. Sparlin,<br><br>            Plaintiffs,<br><br>v.<br><br>Chase Home Finance LLC,<br><br>            Defendant. | No. CV10-508-TUC-FRZ<br><br>**NOTICE OF CHANGE OF ATTORNEY AND FIRM NAME** |

Pursuant to Local Rule 83.3(d), undersigned counsel for Chase Home Finance LLC gives notice that her name, e-mail address, and firm name are changing, effective September 30, 2010, to:

Jennifer A. Reiter<br>
jreiter@mmcec.com<br>
Maynard Cronin Erickson Curran & Reiter, P.L.C.

The firm's mailing address, phone number, and fax number will remain unchanged.

RESPECTFULLY SUBMITTED this 15th day of September, 2010.

            **MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**

            By /s/Jennifer A. Sparks
              Douglas C. Erickson
              Jennifer A. Sparks
              3200 North Central Avenue, Ste. 1800
              Phoenix, Arizona 85012-2443
              Attorneys for Chase Home Finance LLC

**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE • SUITE 1800 • PHOENIX, ARIZONA 85012
TELEPHONE 602.279.8500 • FACSIMILE 602.263.8185

**ORIGINAL** of the foregoing e-filed this 15th day of September, 2010, with:

Clerk of the Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

**COPY** of the foregoing electronically delivered this 15th day of September, 2010, to:

Honorable Frank R. Zapata
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5160
Tucson, AZ 85701-5050

**COPY** of the foregoing mailed this 15th day of September, 2010, to:

Michael and Sharon Sparlin
9151 E. Showcase Lane
Tucson, AZ 85749
Plaintiffs pro per


By   /s/Stacey Tanner