UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Michael B. Sparlin, et al**<br>PLAINTIFF(S)<br><br>v.<br><br>**Chase Home Finance LLC**<br>DEFENDANT(S) | CASE NO. **10-CV-508-FRZ**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

     Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion To Dismiss & Reply to Response to Motion ##6 & #8* filed by *Douglas Cameron Erickson*:

     ☒ Document entered in wrong case. THIS CASE HAS BEEN CONSOLIDATED AS OF 8/20/2010 ORDER #3.  THE ONLY CASE YOU FILE DOCUMENTS IN IS 10-CV-503-FRZ(THE LEAD CASE).   ***DO NOT FILE DOCUMENTS IN CV-10-508 OR 10-507.

     ALL THE DOCUMENTS HAVE BEE RE-FILED BY THE CLERK IN CV-10-503-FRZ.

**ACTION TAKEN BY THE COURT**

     ☒ DO NOT REFILE.  The deficiency indicated above has been addressed by the Clerk.☒ No further action is necessary.